FILED 5 JUN'12 15:47 USDC-ORP

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

BRANDON CHRISTOPHER ROGERS,

Defendant.

Case No. 3:12-cr-00300-MO

INDICTMENT

18 U.S.C. §§ 922(g)(1), 924(a)(2)

THE GRAND JURY CHARGES:

## COUNT 1:
[Felon in Possession of a Firearm]

On or about December 8, 2011, in Multnomah County within the District of Oregon, defendant **BRANDON CHRISTOPHER ROGERS,** having been convicted of crimes punishable by imprisonment for a term exceeding one year, specifically:

(1) Unlawful Possession of Methamphetamine, on or about August 22, 2011, in the State of Oregon for Multnomah County Circuit Court, Case Number 11-08-33224;

(2) Unauthorized Use of a Motor Vehicle, on or about June 3, 2011, in the State of Oregon for Multnomah County Circuit Court, Case Number 11-01-30362;

(3) Robbery in the Second Degree, on or about August 17, 2007, in the State of Oregon for Washington County Circuit Court, Case Number C071207CR; and

(4) Assault in the Third Degree, on or about August 17, 2007, in the State of Oregon for Washington County Circuit Court, Case Number C071207CR;

did knowingly and unlawfully possess a firearm, to-wit: a Bersa Thunder .380 semi-automatic pistol, serial number A50167, which had previously been transported in interstate commerce; all in violation of Title 18, United States Code, 922(g)(1) and 924(a)(2).

## COUNT 2:
### [Felon in Possession of Ammunition]

On or about December 8, 2011, in Multnomah County within the District of Oregon, defendant **BRANDON CHRISTOPHER ROGERS**, having been convicted of crimes punishable by imprisonment for a term exceeding one year, specifically:

(1) Unlawful Possession of Methamphetamine, on or about August 22, 2011, in the State of Oregon for Multnomah County Circuit Court, Case Number 11-08-33224;

(2) Unauthorized Use of a Motor Vehicle, on or about June 3, 2011, in the State of Oregon for Multnomah County Circuit Court, Case Number 11-01-30362;

(3) Robbery in the Second Degree, on or about August 17, 2007, in the State of Oregon for Washington County Circuit Court, Case Number C071207CR; and

(4) Assault in the Third Degree, on or about August 17, 2007, in the State of Oregon for Washington County Circuit Court, Case Number C071207CR;

did knowingly and unlawfully possess ammunition, to-wit: twenty-five (25) rounds of .380 "Blazer" ammunition, which had previously been transported in interstate commerce; all in violation of Title 18, United States Code, 922(g)(1) and 924(a)(2).

Dated this ____ day of June 2012.

A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:

S. AMANDA MARSHALL
United States Attorney

LEAH K. BOLSTAD, OSB #052039
Assistant United States Attorney